## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Veronika L. Newby            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 25-12682 DJB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                             Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
23 Jul 2025, 16:17:20, EDT

                                 KML Law Group, P.C.
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA 19106-1532
                                 (215) 627-1322