| | | |
|---|---|---|
| **Morgan, Akins & Jackson, PLLC**<br>10 Burton Hills Blvd., Suite 210<br>Nashville, TN 37216<br>*** This is not a check ***<br>*DIRECT DEPOSIT VOUCHER*<br>13874 2 163 17027 54<br><br>Veronika Newby<br>3850 Woodhaven Road, #701<br><br>Philadlephia, PA 19154 | **Voucher Date**<br>6/13/2025<br><br>*Direct Deposit Advice*<br>Direct Deposit Amount ****1,853.54 | **Voucher Number**<br>17027 |

**Veronika Newby**                             **June 13, 2025**                                      17027

| Employee Id | 163 | Dept. | 2 | Period Begin | 6/1/2025 | Net Pay | 1,853.54 |
|---|---|---|---|---|---|---|---|
| SSN | | Hire Date | 4/22/2024 | Period End | 6/15/2025 | | |
| | | | | Check Type | Reg | Net Check | 0.00 |

### Earnings Summary

| Earnings | Hours | Rate | Amount | Year to Date |
|---|---|---|---|---|
| Reg | 0.00 | | 2,708.34 | 29,791.74 |
| **Total Gross Pay** | **0.00** | | **2,708.34** | **29,791.74** |

| Taxes | Status | Taxable | Amount | Year to Date |
|---|---|---|---|---|
| Federal Income Tax | S | 2,314.60 | 109.48 | 1,211.12 |
| Medicare | | 2,314.60 | 33.56 | 370.01 |
| Pennsylvania SITW | S | 2,314.60 | 71.06 | 783.40 |
| Philadelphia C. (Philadelphia) (Philadelphia S.D.) | | 2,708.34 | 101.56 | 1,117.16 |
| PA SUI - EE | | 2,708.34 | 1.89 | 20.85 |
| OASDI | | 2,314.60 | 143.51 | 1,582.10 |
| | | | **461.06** | **5,084.64** |

| Deductions | | Amount | Year to Date |
|---|---|---|---|
| DNTL | | 39.24 | 431.64 ② |
| FH125 | | 351.82 | 3,812.90 ② |
| V125 | | 2.68 | 29.48 ② |
| | | **393.74** | **4,274.02** |

### Direct Deposits

| Bank | Account | Amount |
|---|---|---|
| Wells Fargo Bank | Ends with ***0793 | 1,853.54 |
| | | **1,853.54** |

### Payment Summary

| | |
|---|---|
| Total Gross Pay | 2,708.34 |
| Federal Taxes | -286.55 |
| State and Local Taxes | -174.51 |
| Other Deductions | -393.74 |
| Net Pay | **1,853.54** |
| Direct Deposits | -1,853.54 |
| Net Check | **0.00** |

### Benefits & Additional Information

| Time Off | Hours | Dollars |
|---|---|---|

② This code is not included in your Federal taxable wages.

| Morgan, Akins & Jackson, PLLC | Voucher Date | Voucher Number |
|---|---|---|
| 10 Burton Hills Blvd., Suite 210 | 5/30/2025 | 16941 |
| Nashville, TN 37216 | | |
| *** This is not a check *** | Direct Deposit Advice | |
| DIRECT DEPOSIT VOUCHER | Direct Deposit Amount ****1,853.53 | |
| 13874 2 163 16941 48 | | |
| Veronika Newby | | |
| 3850 Woodhaven Road, #701 | | |
| Philadlephia, PA 19154 | | |

### Veronika Newby — May 30, 2025 — 16941

| Employee Id | 163 | Dept. | 2 |
|---|---|---|---|
| SSN | | Hire Date | 4/22/2024 |
| | | Check Type | Reg |

| Period Begin | 5/16/2025 | Net Pay | 1,853.53 |
|---|---|---|---|
| Period End | 5/31/2025 | Net Check | 0.00 |

#### Earnings Summary

| Earnings | Hours | Rate | Amount | Year to Date |
|---|---|---|---|---|
| Reg | 0.00 | | 2,708.34 | 27,083.40 |
| **Total Gross Pay** | **0.00** | | **2,708.34** | **27,083.40** |

| Taxes | Status | Taxable | Amount | Year to Date |
|---|---|---|---|---|
| Federal Income Tax | S | 2,314.60 | 109.48 | 1,101.64 |
| Medicare | | 2,314.60 | 33.57 | 336.45 |
| Pennsylvania SITW | S | 2,314.60 | 71.06 | 712.34 |
| Philadelphia C. (Philadelphia) (Philadelphia S.D.) | | 2,708.34 | 101.56 | 1,015.60 |
| PA SUI - EE | | 2,708.34 | 1.90 | 18.96 |
| OASDI | | 2,314.60 | 143.50 | 1,438.59 |
| | | | 461.07 | 4,623.58 |

| Deductions | Amount | Year to Date |
|---|---|---|
| DNTL | 39.24 | 392.40 ② |
| FH125 | 351.82 | 3,461.08 ② |
| V125 | 2.68 | 26.80 ② |
| | 393.74 | 3,880.28 |

#### Direct Deposits

| Bank | Account | Amount |
|---|---|---|
| Wells Fargo Bank | Ends with ***0793 | 1,853.53 |
| | | 1,853.53 |

#### Payment Summary

| | |
|---|---|
| Total Gross Pay | 2,708.34 |
| Federal Taxes | -286.55 |
| State and Local Taxes | -174.52 |
| Other Deductions | -393.74 |
| Net Pay | 1,853.53 |
| Direct Deposits | -1,853.53 |
| Net Check | 0.00 |

#### Benefits & Additional Information

| Time Off | Hours | Dollars |
|---|---|---|

② This code is not included in your Federal taxable wages.

**Morgan, Akins & Jackson, PLLC**
10 Burton Hills Blvd., Suite 210
Nashville, TN 37216

*** This is not a check ***
*DIRECT DEPOSIT VOUCHER*
13874 2 163 16867 53

Veronika Newby
3850 Woodhaven Road, #701

Philadlephia, PA 19154

**Voucher Date** 5/15/2025
**Voucher Number** 16867

*Direct Deposit Advice*
Direct Deposit Amount ****1,853.54

| Veronika Newby | May 15, 2025 | 16867 |
|---|---|---|

| Employee Id | 163 | Dept. | 2 | Period Begin | 5/1/2025 | Net Pay | 1,853.54 |
| SSN | | Hire Date | 4/22/2024 | Period End | 5/15/2025 | | |
| | | Check Type | Reg | | | Net Check | 0.00 |

### Earnings Summary

| Earnings | Hours | Rate | Amount | Year to Date |
|---|---|---|---|---|
| Reg | 0.00 | | 2,708.34 | 24,375.06 |
| **Total Gross Pay** | **0.00** | | **2,708.34** | **24,375.06** |

| Taxes | Status | Taxable | Amount | Year to Date |
|---|---|---|---|---|
| Federal Income Tax | S | 2,314.60 | 109.48 | 992.16 |
| Medicare | | 2,314.60 | 33.56 | 302.88 |
| Pennsylvania SITW | S | 2,314.60 | 71.06 | 641.28 |
| Philadelphia C. (Philadelphia) (Philadelphia S.D.) | | 2,708.34 | 101.56 | 914.04 |
| PA SUI - EE | | 2,708.34 | 1.89 | 17.06 |
| OASDI | | 2,314.60 | 143.51 | 1,295.09 |
| | | | 461.06 | 4,162.51 |

| Deductions | | | Amount | Year to Date |
|---|---|---|---|---|
| DNTL | | | 39.24 | 353.16 ② |
| FH125 | | | 351.82 | 3,109.26 ② |
| V125 | | | 2.68 | 24.12 ② |
| | | | 393.74 | 3,486.54 |

### Direct Deposits

| Bank | Account | Amount |
|---|---|---|
| Wells Fargo Bank | Ends with ***0793 | 1,853.54 |
| | | 1,853.54 |

### Payment Summary

| | |
|---|---|
| Total Gross Pay | 2,708.34 |
| Federal Taxes | -286.55 |
| State and Local Taxes | -174.51 |
| Other Deductions | -393.74 |
| Net Pay | 1,853.54 |
| Direct Deposits | -1,853.54 |
| Net Check | 0.00 |

### Benefits & Additional Information

| Time Off | Hours | Dollars |
|---|---|---|

② This code is not included in your Federal taxable wages.