**Morgan, Akins & Jackson, PLLC**
10 Burton Hills Blvd., Suite 210
Nashville, TN 37216

*** **This is not a check** ***
**DIRECT DEPOSIT VOUCHER**
13874 2 163 17207 53

**Veronika Newby**
3850 Woodhaven Road, #701

Philadlephia, PA 19154

| Voucher Date | Voucher Number |
|---|---|
| 7/15/2025 | 17207 |

**Direct Deposit Advice**
**Direct Deposit Amount ****1,853.80**

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

| Veronika Newby | July 15, 2025 | 17207 |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Employee Id | **163** | Dept. | **2** | Period Begin  **7/1/2025** | Net Pay  1,853.80 |
| SSN | | Hire Date | **4/22/2024** | Period End  **7/15/2025** | |
| | | | | Check Type  **Reg** | Net Check  0.00 |

### Earnings Summary

| Earnings | Hours | Rate | Amount | Year to Date |
|---|---|---|---|---|
| Reg | 0.00 | | 2,708.34 | 35,208.42 |
| **Total Gross Pay** | **0.00** | | **2,708.34** | **35,208.42** |

| Taxes | Status | Taxable | Amount | Year to Date |
|---|---|---|---|---|
| Federal Income Tax | S | 2,314.60 | 109.48 | 1,430.08 |
| Medicare | | 2,314.60 | 33.56 | 437.13 |
| Pennsylvania SITW | S | 2,314.60 | 71.06 | 925.52 |
| Philadelphia C. (Philadelphia) (Philadelphia S.D.) | | 2,708.34 | 101.29 | 1,320.01 |
| PA SUI - EE | | 2,708.34 | 1.90 | 24.65 |
| OASDI | | 2,314.60 | 143.51 | 1,869.11 |
| | | | **460.80** | **6,006.50** |

| Deductions | Amount | Year to Date | |
|---|---|---|---|
| DNTL | 39.24 | 510.12 | ② |
| FH125 | 351.82 | 4,516.54 | ② |
| V125 | 2.68 | 34.84 | ② |
| | **393.74** | **5,061.50** | |

### Direct Deposits

| Bank | Account | Amount |
|---|---|---|
| Wells Fargo Bank | Ends with ***0793 | 1,853.80 |
| | | **1,853.80** |

### Payment Summary

| | |
|---|---|
| Total Gross Pay | **2,708.34** |
| Federal Taxes | **-286.55** |
| State and Local Taxes | **-174.25** |
| Other Deductions | **-393.74** |
| Net Pay | **1,853.80** |
| Direct Deposits | -1,853.80 |
| Net Check | **0.00** |

### Benefits & Additional Information

| **Time Off** | Hours | Dollars |
|---|---|---|

② This code is not included in your Federal taxable wages.

| | |
|---|---|
| **Morgan, Akins & Jackson, PLLC**<br>10 Burton Hills Blvd., Suite 210<br>Nashville, TN 37216<br><br>*** **This is not a check** ***<br>**DIRECT DEPOSIT VOUCHER**<br>13874 2 163 17107 50<br><br>**Veronika Newby**<br>3850 Woodhaven Road, #701<br><br>Philadlephia, PA 19154 | **Voucher Date**   **Voucher Number**<br>6/30/2025                     17107<br><br>*Direct Deposit Advice*<br>**Direct Deposit Amount ****1,853.54** |

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

| Veronika Newby | June 30, 2025 | 17107 |
|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee Id | **163** | Dept. | **2** | Period Begin | 6/16/2025 | Net Pay  1,853.54 |
| SSN | | Hire Date | **4/22/2024** | Period End | 6/30/2025 | |
| | | | | Check Type | **Reg** | Net Check  0.00 |

### Earnings Summary

| Earnings | Hours | Rate | Amount | Year to Date |
|---|---|---|---|---|
| Reg | 0.00 | | 2,708.34 | 32,500.08 |
| **Total Gross Pay** | **0.00** | | **2,708.34** | **32,500.08** |

| Taxes | Status | Taxable | Amount | Year to Date |
|---|---|---|---|---|
| Federal Income Tax | S | 2,314.60 | 109.48 | 1,320.60 |
| Medicare | | 2,314.60 | 33.56 | 403.57 |
| Pennsylvania SITW | S | 2,314.60 | 71.06 | 854.46 |
| Philadelphia C. (Philadelphia) (Philadelphia S.D.) | | 2,708.34 | 101.56 | 1,218.72 |
| PA SUI - EE | | 2,708.34 | 1.90 | 22.75 |
| OASDI | | 2,314.60 | 143.50 | 1,725.60 |
| | | | **461.06** | **5,545.70** |

| Deductions | | | Amount | Year to Date | |
|---|---|---|---|---|---|
| DNTL | | | 39.24 | 470.88 | ② |
| FH125 | | | 351.82 | 4,164.72 | ② |
| V125 | | | 2.68 | 32.16 | ② |
| | | | **393.74** | **4,667.76** | |

### Direct Deposits

| Bank | Account | Amount |
|---|---|---|
| Wells Fargo Bank | Ends with ***0793 | 1,853.54 |
| | | **1,853.54** |

### Payment Summary

| | |
|---|---|
| Total Gross Pay | **2,708.34** |
| Federal Taxes | **-286.54** |
| State and Local Taxes | **-174.52** |
| Other Deductions | **-393.74** |
| Net Pay | **1,853.54** |
| Direct Deposits | -1,853.54 |
| Net Check | **0.00** |

### Benefits & Additional Information

| **Time Off** | Hours | Dollars |
|---|---|---|

② This code is not included in your Federal taxable wages.