IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>VERONIKA L. NEWBY<br>　　　Debtors,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br>　　　Movant,<br><br>　　　　　　v.<br><br>VERONIKA L. NEWBY, and<br>KENNETH E. WEST, Trustee,<br>　　　Respondents. | Bankruptcy No. 25-12682-djb<br><br>Chapter 13 |

CERTIFICATE OF SERVICE

　　　I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on August 14, 2025, I served copies of Movant Toyota Motor Credit Corporation's Objection to Confirmation of Debtor's Chapter 13 Plan filed July 2, 2025 upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

Service via 1st Class Mail

| **Veronika L. Newby**<br>3850 Woodhaven Road<br>Unit 701<br>Philadelphia, PA 19154 | **PAUL H. YOUNG**<br>Young, Marr, Mallis & Deane, LLC<br>3554 Hulmeville Rd.<br>Ste 102<br>Bensalem, PA 19020 |
|---|---|

Service via Electronic Notice

| KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 |
|---|---|

　　　　　　　　　　　　　　　　　　　　/s/*Keri P. Ebeck*
　　　　　　　　　　　　　　　　　　　　Keri P. Ebeck, Esq.
　　　　　　　　　　　　　　　　　　　　PA I.D. # 91298
　　　　　　　　　　　　　　　　　　　　kebeck@bernsteinlaw.com
　　　　　　　　　　　　　　　　　　　　601 Grant Street, 9th Floor
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　Phone - (412) 456-8112
　　　　　　　　　　　　　　　　　　　　Fax - (412) 456-8135

　　　　　　　　　　　　　　　　　　　　*Counsel for Toyota Motor Credit Corporation*