United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 25-12682-djb
Veronika L. Newby | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Oct 24, 2025     Form ID: pdf900     Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Veronika L. Newby, 3850 Woodhaven Road, Unit 701, Philadelphia, PA 19154-2754 |
| cr | + | Toyota Motor Credit Corporation, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219 UNITED STATES 15219-4430 |
| 15025809 | + | American Heritage Federal Credit Union, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 15025815 | + | Feasterville Family Practice, 83 Buck Road, Holland, PA 18966-1704 |
| 15025818 | + | North Point One condominium HOA, 660 Second Street PIke, c/o Cohen Marraccini LLC, Southampton, PA 18966-3941 |
| 15032666 | + | Pennymac Loan Services, LLC, c/o Matthew Fissel, Esq, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 15025826 | | Toyota Financial Services, Credit Dispute Research Team, Dallas, TX 75265 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 25 2025 00:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 25 2025 00:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15025808 | + | Email/Text: jvalencia@amhfcu.org | Oct 25 2025 00:45:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 15025810 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2025 00:52:51 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15025811 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2025 00:52:50 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15025813 | + | Email/Text: bankruptcy@credencerm.com | Oct 25 2025 00:45:00 | Credence Resource Management, LLC, 4222 Trinity Mills Suite 260, Dallas, TX 75287-7666 |
| 15025812 | + | Email/Text: bankruptcy@credencerm.com | Oct 25 2025 00:45:00 | Credence Resource Management, LLC, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 15025814 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 25 2025 00:45:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15046629 | + | Email/Text: BNCnotices@dcmservices.com | Oct 25 2025 00:45:00 | JEFFERSON HEALTH, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15037520 | + | Email/Text: RASEBN@raslg.com | Oct 25 2025 00:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15025817 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 25 2025 00:52:49 | Jpmcb, Po Box 15369, Wilmington, DE 19850-5369 |

Case 25-12682-djb   Doc 24   Filed 10/26/25   Entered 10/27/25 00:38:46   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 24, 2025 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15025816 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 25 2025 00:52:40 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15029118 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2025 00:52:35 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15045865 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 25 2025 00:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15034890 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2025 01:03:24 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15025822 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2025 00:52:47 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15025821 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2025 00:52:34 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15025819 | + | Email/PDF: ebnotices@pnmac.com | Oct 25 2025 01:03:32 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15025820 | + | Email/PDF: ebnotices@pnmac.com | Oct 25 2025 00:52:21 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15045545 | + | Email/PDF: ebnotices@pnmac.com | Oct 25 2025 00:52:51 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15025823 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:15 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15025824 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:40 | Synchrony Bank/Care Credit, Po Box 71757, Philadelphia, PA 19176-1757 |
| 15030408 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 25 2025 00:52:33 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15025825 | ^ | MEBN | Oct 25 2025 00:40:27 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259004, Plano, TX 75025-9004 |
| 15038559 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 25 2025 00:44:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15029158 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 25 2025 00:45:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15049435 | *+ | North Point One condominium HOA, 660 Second Street PIke, c/o Cohen Marraccini LLC, Southampton, PA 18966-3941 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 24, 2025 | Form ID: pdf900 | Total Noticed: 33 |

Date: Oct 26, 2025   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MATTHEW K. FISSEL | on behalf of Creditor PennyMac Loan Services  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| PAUL H. YOUNG | on behalf of Debtor Veronika L. Newby support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:     VERONIKA L. NEWBY

Debtor

Chapter 13

Bankruptcy No. 25-12682-DJB

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Derek J. Baker
Bankruptcy Judge

**Date: October 24, 2025**